IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01513 - BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG - 3 2006

GREGORY C. LANGHAM
CLERK

SEAN GUERRERO 0606222,

    Plaintiff,

v.

ARAMARK FOOD SERVICE,
EDDIE CILMORE,
MAURICE WOMAK,
JANE STADDISH,
RICHARD L. VOGHT,
TRI COUNTY HEATH [sic] DEPT.
STATE BOARD OF MEDICAL EXAMINERS,
STATE BOARD OF NURSING,
STATE BOARD OF MENTAL HEATH [sic],
COLORADO DEPT. OF REGULATORY AGENCIES,
EXECUTIVE DIRECTOR TAMBOR WILLIAMS,
CORRECTIONAL HEATHCARE [sic] MANAGEMENT,
HSA ELAINE MEYERS,
NURSE TIM GOSS (Acting HSA),
DR. SCHNEGEL,
DR. SOLIS,
DR. GARLICK,
NURSE LAURA IVERSON AND COMPLETE MEDICAL STAFF 1-100,
PATRICK J. SULLIVAN, JR.,
DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
CAPTAIN BAY,
CHIEF LAUDERDALE,
LT. VOZ,
SGT. GROS KRUGER,
LT. HARTMAN,
CAPTAN [sic] SGT. ROSS,
SGT. DARBY WISCOMB,
SGT. THOMPSON
D/S JAMES,
D/S HOUSER,
D/S TRUJLLO,

D/S KELLY,
D/S BIDON,
D/S CLINE,
D/S FREEMAN,
D/S CARLE,
D/S SEXTON,
D/S FINGER,
LT. MANOS,
LT. WICKSTOM,
AMERICAN CORRECTIONAL ASSOCIATION,
U.S. ATTORNEY GENERAL ALBERTO GONZALES,
ARAPAHOE COUNTY COMMISIONERS [sic] BERNIE ZIMMER,
MAYOR OF CENTENNIAL RANDY PYE,
ARAPAHOE COUNTY JAIL CLASSIFICATIONS NANCY SIVIK, and
JOHN DOE + JANE DOE 1-200,

     Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)
(7)   __   names in caption do not match names in caption of complaint
(8)   __   An original and a copy have not been received by the court.

(9) \_\_ Only an original has been received.
other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the prisoner
(13) \_\_ is missing page nos. \_\_\_
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order,** the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this \_1st\_ day of \_August\_, 2006.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01513**-BNB

Sean Guerrero
Prisoner No. 0606222
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on  8/3/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk